[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12294
Non-Argument Calendar
_____

D.C. Docket No. 6:07-cr-00212-GKS-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE JAMES DOUGLAS, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 1, 2015)

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Conrad Kahn, appointed counsel for Willie James Douglas, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Douglas's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.